NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000703
05-DEC-2019
07:53 AM

NO. CAAP-18-0000703

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SAKUMA REALTY, INC., Plaintiff-Appellee, v.
AMY HIGHMOOR, also known as AMY M. HIGHMOOR,
Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL CASE NO. 1RC18-1-2532)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On September 11, 2018, self-represented Defendant-Appellant Amy Highmoor, also known as Amy M. Highmoor (Highmoor), filed a notice of appeal;

(2) On October 17, 2018, the district court clerk filed the record on appeal.

(3) On May 9, 2019, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before May 20, 2019, and June 18, 2019, respectively;

(4) Highmoor did not file a statement of jurisdiction or an opening brief or request an extension of time;

(5) On July 15, 2019, the appellate clerk notified Highmoor that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on July 25, 2019, for appropriate action, which

could include dismissal of the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rules 12.1(e) and 30, and Highmoor may request relief from default by motion;

(6) The appellate clerk mailed the May 9, 2019 notice of entering case on calender and the July 15, 2019 default notice to Highmoor at the address indicated in the record on appeal; and

(7) On October 30, 2019, Plaintiff-Appellee Sakuma Realty, Inc. filed a Motion to Dismiss Appeal. Highmoor took no further action in this appeal and did not respond to the Motion to Dismiss Appeal.

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 5, 2019.

Presiding Judge

Associate Judge

Associate Judge

2